**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DAVID C. KLING, | : | No. 17 MM 2017 |
| Petitioner | : | |
| v. | : | |
| BRIAN V. COLEMAN, COMMONWEALTH OF PENNSYLVANIA, AND JUDGE THOMAS H. KELLEY, VI, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Petition for Extraordinary Relief are **DENIED**.

    The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.